IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:11CR3056 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ANGIE MARIE RUYLE, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The plaintiff's unopposed motion to continue sentencing (filing 29) is granted.

(2) Defendant Ruyle's sentencing is continued to Thursday, January 19, 2012, at 1:00 p.m., before the undersigned United States district judge, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated October 18, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge